ALBERT BJORAAS, *Appellant,* v. SOUTH FLORIDA CO., A COR-
PORATION, DOROTHY A. GREENE AND HUSBAND, C. C.
GREENE, W. S. LATINER AND D. A. VIETS, Appellees.

Division B.

Opinion Filed November 10, 1926.

1. Reversed on authority of opinions in cases cited.

An Appeal from the Circuit Court for Pinellas County;
Freeman P. Lane, Judge.

Reversed.

*Cook & Harris,* for Appellant.

*Owen & Carey* and *Hardee & Martin* for Appellees.

PER CURIAM.—In this case bill was filed to foreclose a
statutory lien for work done and material furnished.

A demurrer was filed, by certain defendants, to the
bill upon the grounds that, "The Bill of Complaint is
vague, uncertain and indefinite, in that same does not
appraise these defendants of the nature of the charge
upon which the lien sought to be foreclosed thereunder
is based."

A demurrer was filed by another defendant upon the
ground, 1st, "Because of lack of definiteness and certainty
in the allegations thereof respecting the kind, delivery and
reasonableness of the value of the labor and materials
averred to have been furnished at the request of the de-
fendant;" 2nd, "and for lack of sufficiency in the alle-
gation of the bill in this: there is no specification of the
items of labor and material so furnished and no allega-

tion respecting the amount of material and kind of materials furnished and no enumeration of the days of labor or class of labor performed, nor time of performance thereof, nor averment that the amounts sought to be recovered were reasonable and that the balance is justly owing.''

The demurrers to the Bill of Complaint were sustained and appeal was taken from such order.

The Order of the Chancellor should be reversed upon authority of the opinion in the cases of Mills v. Britt, 56 Fla. 829; 47 Sou. 799; Downing v. Carlton, 76 Fla. 490; 80 Sou. 57; Key West Wharf & Coal Company et al. v. Porter, 63 Fla. 448; 58 Sou. 599; and cases there cited; Also, Wells et al. v. Williams et al. 80 Fla. 498; 86 Sou. 339; Mitchell v. Mason, 65 Fla. 208; 61 Sou. 579, and it is so ordered.

Reversed.

WHITFIELD, P. J., AND TERRELL AND BUFORD, J. J., concur;

ELLIS, C. J., AND BROWN, J., concur in the opinion.